UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL W. RANNELS,<br><br>            Plaintiff,<br><br>     v.<br><br>SMITH, et al.,<br><br>            Defendants. | No. 1:21-cv-00049-NONE-SKO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. Nos. 2, 9, 10) |

  Plaintiff Daniel W. Rannels is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On February 17, 2021, the assigned magistrate judge filed findings and recommendations, recommending that plaintiff's motion to proceed *in forma pauperis* be denied because plaintiff has sufficient funds to pay the filing fee in full. (Doc. No. 9.) The magistrate judge provided plaintiff 14 days to file objections to the findings and recommendations. (*Id.* at 2.) Plaintiff has not filed any objections. However, on February 16, 2021, plaintiff filed a "motion to cease with forma pauperis [sic] procedure" because he has sufficient funds to pay the filing fee. (Doc. No. 10.) The motion was entered on the docket after the issuance of the findings and recommendations.

///

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including plaintiff's February 16 motion, the court finds the findings and recommendations to be supported by the record and proper analysis. According to his inmate trust account statement (Doc. No. 6), plaintiff has sufficient funds to pay the filing fee for this action. Therefore, *in forma pauperis* status is not warranted. *See* 28 U.S.C. § 1915(a)(1).

Accordingly,

1. The findings and recommendations issued on February 17, 2021 (Doc. No. 9) are adopted in full;
2. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is denied;
3. Plaintiff's "motion to cease with forma pauperis procedure" (Doc. No. 10) is disregarded as moot;
4. <u>Within 30 days</u> of the date of service of this order, plaintiff shall pay the $402 filing fee in full; and,
5. Failure to pay the filing fee within the time provided will result in dismissal of this action.

IT IS SO ORDERED.

Dated:  **March 24, 2021**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE